1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9                    WESTERN DIVISION

10

11  GREGORIO ROBERT ORTIZ, JR.,      )  No. CV 12-01985-PSG (VBK)
                                     )
12              Petitioner,          )  ORDER ACCEPTING FINDINGS AND
                                     )  RECOMMENDATIONS OF UNITED STATES
13        v.                         )  MAGISTRATE JUDGE
                                     )
14  U. S. DISTRICT COURT,            )
                                     )
15              Respondent.          )
                                     )
16

17       Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition

18  for Writ of Habeas Corpus ("Petition"), the records and files herein,

19  and the Report and Recommendation of the United States Magistrate

20  Judge ("Report").  Further, the Court has engaged in de novo review of

21  those portions of the Report to which Petitioner has objected.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1     **IT IS ORDERED** that: (1) the Court accepts the findings and

2  recommendations of the Magistrate Judge, and (2) the Court declines to

3  issue a Certificate of Appealability ("COA").[1]

4

5  DATED:___May 7, 2012_____       _____

6                                      PHILIP S. GUTIERREZ
                                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15     [1]     Under 28 U.S.C. §2253(c)(2), a Certificate of Appealability
   may issue "only if the applicant has made a substantial showing of the
   denial of a constitutional right."  Here, the Court has accepted the
16 Magistrate Judge's finding and conclusion that the Court lacks
   jurisdiction and the Petition is a second or successive petition.
17 Thus, the Court's determination of whether a Certificate of
   Appealability should issue here is governed by the Supreme Court's
18 decision in Slack v. McDaniel, 529 U.S. 473, 120 S. Ct. 1595 (2000),
   where the Supreme Court held that, "[w]hen the district court denies
19 a habeas petition on procedural grounds without reaching the
   prisoner's underlying constitutional claim, a COA should issue when
20 the prisoner shows, at least, that jurists of reason would find it
   debatable whether the petition states a valid claim of the denial of
21 a constitutional right and that jurists of reason would find it
   debatable whether the district court was correct in its procedural
22 ruling."  529 U.S. at 484.  As the Supreme Court further explained:
       "Section 2253 mandates that both showings be made before the
23     court of appeals may entertain the appeal.  Each component
       of the § 2253(c) showing is part of a threshold inquiry, and
24     a court may find that it can dispose of the application in
       a fair and prompt manner if it proceeds first to resolve the
25     issue whose answer is more apparent from the record and
       arguments."  Id. at 485.
26     Here, the Court finds that Petitioner has failed to make the
27 requisite showing that "jurists of reason would find it debatable
   whether the district court was correct in its procedural ruling."
28